IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BRENDA C. ARMSTEAD                  :        2002 DEC 17  A 10: 09
                                    :
          v.                        :        CLERK'S OFFICE
                                    :        AT BALTIMORE
SPRINT PCS EXECUTIVE SERVICES       :        CIVIL ACTION NO. CCB-02-3941
                                    :
                                    :        _____DEPUTY

..oOo..

### O R D E R

In accordance with the foregoing Memorandum, IT IS this 17

day of December, 2002, by this Court hereby ORDERED that:

1.   Plaintiff's motion for leave to proceed *in forma pauperis*

     (Paper No. 2) IS GRANTED;

2.   This complaint IS DISMISSED WITHOUT PREJUDICE;

3.   The Clerk of the Court shall CLOSE this case; and

4.   The Clerk of the Court shall MAIL a copy of this Order,

     together with the foregoing Memorandum, to the plaintiff.


_____
Catherine C. Blake
United States District Judge