IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRENDA C. ARMSTEAD                  :

v.                                  :   CIVIL NO. CCB-02-3941

SPRINT PCS EXECUTIVE SERVICES       :

...oOo...

## ORDER

Plaintiff Brenda Armstead in this closed case seeks an order directing the Attorney General of the State of Florida to release three million dollars to her from a victims compensation trust fund. She has shown no basis for entitlement to this money nor any authority for this court to enter such an order against a state official in Florida. Accordingly, her request is **Denied**.

**SO ORDERED** this 27 day of January, 2003.

_____
Catherine C. Blake
United States District Judge

